UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff ) | 1:02-cr-5408 OWW | |
| ) | | |
| v. ) | | |
| ) | | |
| JAVIER VILLAVICENCIO, ) | ORDER FOR RELEASE | |
| ) | | |
| Defendant ) | | |
| _____) | | |

    It is ordered that the above named defendant JAVIER VILLAVICENCIO be released from custody by the United States Marshal.

    It is further ordered that he return to this court on June 13, 2005 at 1:30 p.m. for imposition of sentence.

Dated: 5/23/05                           /s/ OLIVER W. WANGER
                                                     _____
                                                     OLIVER W. WANGER
                                                     United States District Judge

1